In the Matter of HARRY P. KEITH, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 17, 1941; decided October 21, 1941.

*Irving Lemov* for appellant.

*William C. Chanler, Corporation Counsel (David DuVivier* and *Paxton Blair* of counsel), for the Board of Elections of the City of New York, respondents.

*John F. Harding* and *Daniel V. McNamee, Jr.,* for Daniel E. Fitzpatrick, intervening respondent.

*Joseph Lonardo* and *E. F. W. Wildermuth* for Nicholas M. Pette, intervening respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.